In re DAVID MARCUS EASLER                                        ,          Case No. 14-42128-rfn7
              **Debtor**                                                              (If known)

All property except 2 & 3 is located
at 2008 Westmoor Place Arlington, Texas

# SCHEDULE B - PERSONAL PROPERTY    AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash in wallet from earnings | H | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account at Capital One Bank Irving, TX ACCNT: 3312284463 from earnings | H | 150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | $1000 Security Deposit with landlord of our rental home | C | 1,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living-1000, kitchen-3000, computer-1900, desks & tables-240, shelving-270, carpentry-2800, garden- 200, bedrm- 600, food & supp-3000 | C | 12,410.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books-5000 (used prices), cd & dvd- 3000, Art & deco-400, coins-450 Location @ Home | C | 8,850.00 |
| 6. Wearing apparel. | | | C | 1,600.00 |
| 7. Furs and jewelry. | | Jewelry & watches- 650 | C | 650.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | exercise equipment-200, bicycle - 100, camping gear-300, 2 firearms-900. Location @ Home | C | 2,500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

FILED
AUG 04 2014
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re DAVID MARCUS EASLER ,  Case No. 14-42128-rfn7
                Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | David Marcus Easler<br>Certificate of Live Birth # 101-62-025088<br>CUSIP # 316401108    FUND #014<br>FIDELITY VALUE STRATEGIES (FSLSX)<br>Fund inception date 12/31/1983 | | 347,220,000.00 |

In re DAVID MARCUS EASLER         ,         Case No. 14-42128-rfn7
           Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Ford Escape Hybrid 4WD Location @ Home | W | 7,175.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                            __0__ continuation sheets attached   Total ▶   $   347,253,355.00
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)          AMENDED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

In Re:                                    §    Date: 2014-08-04
                                          §    Case No.: 14-42128-rfn7
DAVID MARCUS EASLER                       §    Chapter No.: 7
                                          §
                                          §
                                          §
                                          §

## STATEMENT OF FACT

This is to amend the official record regarding the ownership status of the vehicle loan account listed on the schedules for the petition filed to the court.

The Ford Escape vehicle loan is solely in the name of Lori Rebman. The loan is from the CREDIT UNION OF TEXAS account # 2241934-L71 purchased on 16 July, 2012.

Respectfully Yours,

By _____
David-Marcus: Easler, a living man
All Rights Reserved without prejudice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | Date: 2014-08-04 |
| | § | Case No.: 14-42128-rfn7 |
| DAVID MARCUS EASLER | § | Chapter: 7 |
| | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF CORRECTION OF STATUS

David-Marcus: Easler, a living man by and through a restricted appearance specially does not imply or grant jurisdictional authority over David-Marcus; nor is David-Marcus contractually bound to perform in any way, unless said parties specifically agree to do so in writing. To this end, David-Marcus hereby is himself, in contradistinction to *representing* himself, since how can a living man *re-present* himself? He presents himself as he is. David-Marcus does not serve as trustee or surety for any *ens legis* or constructive trust that sounds identical to his respective family name and hereby rebuts any presumption that DAVID MARCUS EASLER is lawfully identical to David-Marcus: Easler, the living man, under the doctrine of *idem sonans*. If the man David-Marcus has given the Court the impression that he is somehow surety for or the same entity as DAVID MARCUS EASLER then David-Marcus asks the Court's forgiveness for any mistaken notions potentially inferred, for it has never been his intention to mislead or confuse his identity in relation to DAVID MARCUS EASLER.

Respectfully Yours,

By /s/ David-Marcus: Easler
David-Marcus: Easler, a living man
All Rights reserved without prejudice