United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1247
Elizabeth Ziegler,
for the United States Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 14-42128-rfn-7 |
| **David Marcus Easler** § | |
| § | Hearing: November 17, 2014 |
| Debtor. § | 1:30pm |

**Witness and Exhibit List on the United States Trustee's Motion to Dismiss for Totality of the Circumstances under 11 U.S.C. §707(b)(1) and (b)(3)**

TO THE HONORABLE RUSSELL F. NELMS,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee and files this witness and exhibit list of documents pursuant to Local Bankruptcy Rule 9014.1(c) to be used in connection with his Motion to Dismiss;

### LIST OF WITNESSES

The United States Trustee may call any of the following witness at the Hearing:

1. David Marcus Easler;

2. Any other witness presented by the Debtor or any other party.

### LIST OF EXHIBITS

The United States Trustee may offer into evidence any one or more of the following exhibits at the Hearing:

1. Docket sheet for case no. 14-42128-rfn-7;

2. Petition, Schedules and Statement of Financial Affairs for case no. 14-42128; [docket no. 1]

3. Amended Schedule B; [docket no. 12]

4. United States Trustee's Inquiry letter dated July 15, 2014;

5. Tax Documents for 2012 and 2013;

6. Constructive Notice of Conditional Acceptance dated August 2, 2014;

7. Notice of Fault in Dishonor Opportunity to Cure dated September 12, 2014;

8. Notice of Default in Dishonor dated October 3, 3014;

9. United States Trustee's Motion to Dismiss [docket no. 16];

10. Debtor's Response Opposed to the United States Trustee's Motion to Dismiss [docket no. 20].

The United States Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the hearing. The United States Trustee also reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

DATED: November 6, 2014                Respectfully submitted,

                                                      WILLIAM T. NEARY
                                                    UNITED STATES TRUSTEE

                                                    /s/ Elizabeth A. Ziegler
                                                    Elizabeth A. Ziegler
                                                    Texas State Bar No. 24086345 (Also by New York)
                                                    Office of the United States Trustee
                                                    1100 Commerce Street, Room 976
                                                    Dallas, Texas  75242
                                                    (214) 767-8967 x 247
                                                    elizabeth.ziegler@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I sent copy of the foregoing document via ECF or via first class United States mail November 6, 2014 to the following:

          /s/  Elizabeth A. Ziegler
Elizabeth A. Ziegler

**David Marcus Easler**
2008 Westmoor Place
Arlington, TX 76015

**John Dee Spicer**
P.O. Box 820009
North Richland Hills, TX 76182