**FILED**

NOV 13 2014

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| DAVID M EASLER | § § | CASE NO.: 14-42128-rfn-7 |
| Debtor | § § § § § | Hearing: November 17, 2014<br>1:30 pm |

## Exhibit List for Motion for a Continuance

COMES NOW DAVID M EASLER and files this exhibit list of documents pursuant to Local Bankruptcy Rule 9014.1(c) to be used with his Motion for a Continuance.

### LIST OF EXHIBITS

DAVID M EASLER may offer into evidence any one or more of the following exhibits at the Hearing:

1. Affidavit of Life;
2. DAVID M EASLER's Motion for a Continuance;
3. Form 668-W(ICS) Notice of Levy on Wages, Salary, & Other Income;
4. Instruments for set-off & settlement to IRS;

1

5. Form W-8BEN;

6. IRS Collection Letter CP15 issued during automatic stay

DAVID M EASLER reserves the right to supplement or amend this Exhibit List at any time prior to the hearing. DAVID M EASLER also reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

DATED: 13 November 2014

Respectfully Submitted,

By: _____
David-Marcus: Easler, a living man
All Rights reserved without prejudice

### CERTIFCATE OF SERVICE

I certify that I sent a true and exact copy of the foregoing documents via United States mail, postage prepaid, on 13 November 2014 to the following:

By: _____
David-Marcus: Easler, a living man
All Rights reserved without prejudice

John Dee Spicer, Panel Trustee
P.O. Box 820009
North Richland Hills, TX 76182

Elizabeth A. Ziegler
William T. Neary
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

2

